# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-00241-APG-NJK <br><br> **ORDER GRANTING MOTION FOR SECURITY OF COSTS** <br><br> (ECF No. 16) |

IT IS ORDERED that defendant SFR Investment Pool 1, LLC's demand for security of costs **(ECF No. 16) is GRANTED**.

IT IS FURTHER ORDERED that plaintiff Deutsche Bank National Trust Company shall post a $500.00 cost bond with the Court on or before May 3, 2017.

DATED this 11th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE