WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTENEGRO ESTATES LANDSCAPE MAINTENANCE ASSOCIATION; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00241-APG-NJK<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL**<br><br>[Docket No. 33] |

Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 (hereinafter referred to as "Plaintiff"), by and through its attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Christopher Alan James Swift, Esq. and Edgar C. Smith, Esq. are no longer attorneys associated with Wright, Finlay & Zak, LLP.

///

///

1  Wright Finlay & Zak, LLP, will continue to represent Plaintiff and requests that Rock K. Jung,
2  Esq. receives all future notices.
3  DATED this 1st day of November, 2019.

                                        WRIGHT, FINLAY & ZAK, LLP

                                        */s/ Rock K. Jung, Esq.*
                                        Robert Riether, Esq.
                                        Nevada Bar No. 12076
                                        Rock K. Jung, Esq.
                                        Nevada Bar No. 10906
                                        7785 W. Sahara Ave., Suite 200
                                        Las Vegas, NV 89117
                                        *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1*

IT IS SO ORDERED.
Dated:  November 4, 2019
.
.
_____
Nancy J. Koppe
United States Magistrate Judge