# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>Defendants | Case No.: 2:17-cv-00241-APG-NJK<br><br>**Order for Stipulation of Dismissal or Status Report** |

On February 26, 2020, the parties advised the court that they had settled this matter and that they anticipated they would need at least 60 days to finalize settlement. ECF No. 38. More than 60 days have passed and the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by June 12, 2020, the parties shall file either a stipulation of dismissal or a status report.

DATED this 28th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE