WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>PLAINTIFF,<br>VS.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTENEGRO ESTATES LANDSCAPE MAINTENANCE ASSOCIATION; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00241-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1, Defendant, SFR Investments Pool 1, LLC, and Defendant, Montenegro Estates Landscape Maintenance Association (collectively referred to as the "Parties"), by and through their respective counsel of record, stipulate that all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

///

The Parties request that this Court close this action.

DATED this 9th day of June, 2020.

| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
|---|---|
| */s/ Robert A. Riether* | */s/ Diana S. Ebron* |
| Robert Riether, Esq.<br>Nevada Bar No. 12076<br>Rock K. Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1* | Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorneys for Defendant, SFR Investments Pool 1, LLC* |

LEACH KERN GRUCHOW ANDERSON SONG

*/s/ T. Chase Pittsenbarger*

Sean L. Anderson, Esq.
Nevada Bar No. 7259
T. Chase Pittsenbarger, Esq.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant, Montenegro Estates Landscape Maintenance Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: June 9, 2020.