WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>PLAINTIFF,<br>VS.<br><br>SFR INVESTMENTS POOL 1, LLC; MONTENEGRO ESTATES LANDSCAPE MAINTENANCE ASSOCIATION; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00241-APG-NJK<br><br>**ORDER RELEASING SECURITY BOND** |

Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 ("Deutsche Bank"), by and through its counsel of record, Robert A. Riether, Esq., of the law firm of Wright, Finlay & Zak, LLP, opened this case by filing a complaint on January 27, 2017 (ECF No. 1). Deutsche Bank also filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on May 3, 2017 (ECF No. 20). This Court granted the Stipulation and Order to Dismiss All Claims on June 9th 2020 (ECF No. 42).

1

2

**IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 20, to:

3

4

WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

5

6

unless a party objects to this order by no later than 10 days.

Dated: June 10, 2020.

7

8

9

10

_____
UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28